# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILFORD HARLAN SUNCHILD, <br><br> Defendant. | **CR-13-106-GF-BMM** <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 20, 2018. (Doc. 101.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

1

Judge Johnston conducted a revocation hearing on February 13, 2018. (Doc. 98.) Sunchild admitted that he violated the conditions of his supervised release. (Doc. 101 at 6.) Sunchild violated the conditions of his supervised released by (1) using controlled substances on multiple occasions; (2) failing to report for drug testing; (3) being terminated from his employment and changing his residence without informing his probation officer; and (4) failing to follow the instructions of his probation officer. *Id.* at 6.

Judge Johnston has recommended that the Court revoke Sunchild's supervised release. *Id.* at 5. Further, Judge Johnston has recommended Sunchild should be sentenced to five months of incarceration, followed by nineteen months of supervised release. *Id.* The Court finds no clear error in Judge Johnston's Findings and Recommendations. Sunchild's violations of his conditions represent a serious breach of the Court's trust. A sentence of five months incarceration, followed by nineteen months of supervised release, represents a sufficient, but not greater than necessary sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 101) are ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Wilford Harlan Sunchild be sentenced to custody for five months, followed by nineteen months of supervised release.

DATED this 13th day of March, 2018.

_____
Brian Morris
United States District Court Judge